12cv7412
Judge Der-Yeghiayan
Mag. Judge Kim

**United States District Court**
**Northern District of Illinois**

Plaintiff

*Thomas R. Bennett, et al.*

v.

Defendant

**RECEIVED**

*Stanley Bay Companies and affiliates;*
*Stanley Bay Principals;*
*Obama for America, affiliates and principals including, but not limited to*
*Marty Nesbitt, Penny Pritzker and Linda Kaplan.*
*Chicago Housing Authority, et al.*

**COMPLAINT**

SEP 1 7 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*Introduction*

*This complaint is being filed on a pro-se basis. The complaint and related counts may be amended upon procuring legal counsel as may the basis of jurisdiction and nature of suit as this complaint has been prepared with limited resources as well as conspiracy obstructions. Plaintiff is winning bidder in 2007 disposition process. Defendants were and affiliates were beneficiaries of a scheme/opportunity to steal 626 West Jackson to lower bidder.*

*Counts, Standing and Merit*

*Count I: Tortious Interference with*

*Civil Cover Sheet Exhibit A*

*Related to basis of jurisdiction and Sep. 14, 2012*
*Conduct : 1,2, - 3 : playlist/S.G. releasing more BS.*

*Exhibit B*

*Outline of Amendment complaint as notes.*

*Exhibit C*

*Appx. time that former client of French B. Avila Heronimetavita and Edward Scanlan exited Clerk's office subsequent to closing*

United States District Court
Northern District of Illinois

**RECEIVED**

SEP 1 7 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff )
)
Thomas R. Bennett, et al. )
)
v. )
)
)
)
Defendant )

Stenly Bay Companies and affiliates; Stenly Bay Principals;
Obama for America; Affiliates and principals including, but
not limited to Mary Nesbitt, Penny Pritzker and Jorda Kaplan.
Chicago Housing Authority, et al.

**COMPLAINT**

Introduction

This complaint is being prepared and filed on a pro-se basis. The complaint and related claims are related to activity and conduct correspondy to 626 West Jackson located in Chicago, Illinois - ("subject property"). Specifically, but not limited to the 2007 transaction (December) and conduct of defendants and principals involved in the sale and transaction(s) involved with the subject property amongst (women) defendants leading up to (and subsequent to) the December 2007 illegal selling of subject property to Stenly Bay Companies principals (including, but not limited to Andy Glenn) whom are the "losy bidders" as defined by former Chicago Housing Authority and Treasurer to Obama for America (and affiliated funds) - Mary Nesbitt whom preserves explicit fiduciary responsibilities leading-up to, and subsequent to December 2007 transaction of subject property, and correspondingly-significant transactions amongst Stenly Bay principals and Obama for America principals including, but not limited to Obama for America (and affiliated funds) that are limited in derived economic benefit via correspondy statutes - as well as transactions via non-derived economic benefit Stenly Bay Companies (including, but not limited to Stenly Bay Principal Andy Glenn) as a defendant is referred to as "losy bidder" B as defined by former Chicago Housing Authority chairman and Treasurer to Obama for America (and affiliated funds) - Mary Nesbitt - whom preserves explicit fiduciary responsibilities leading-up to, and subsequent to December 2007 transaction of subject property, and correspondingly-significant transactions amongst Stenly Bay principals and Obama for America principals including, but not limited to Obama for America (and affiliated funds) that are limited in derived economic benefit via correspondy statutes - as well as transactions via non-derived economic benefit Stenly Bay Companies (including, but not limited to Stenly Bay Principal Andy Glenn) as a defendant is referred to as "losy bidder" based upon documented fact-pattern including, but not limited to derived)

12cv7412
Judge Der-Yeghiayan
Mag. Judge Kim

12cv7412
Judge Der-Yeghiayan
Mag. Judge Kim

**United States District Court**
**Northern District of Illinois**

)
)
)
Plaintiff )
THOMAS R. BENNETT, ET AL. )
v. )
)
)
)
Defendant )
Sterling Bay Companies and Affiliates; Sterling Bay Principals; )
Obama For America Affiliates and principals including but not limited )
to Marty Nesbitt, Penny Pritzker and Jordan Kaplan; )
Chicago Housing Authority, et al.   **COMPLAINT**

**RECEIVED**

SEP 1 7 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

INTRODUCTION

THIS COMPLAINT IS BEING prepared AND filed ON A Pro-se BASIS. THE COMPLAINT AND RELATED COUNTS ARE RELATED TO ACTIVITY AND CONDUCT Corresponding TO 626 West Jackson located IN CHICAGO, Illinois - ("SUBJECT property")- Specifically, BUT NOT LIMITED TO THE 2007 TRANSACTION (December) AND CONDUCT OF DEFENDANTS INVOLVED IN THE SALE AND TRANSACTION(S) INVOLVED WITH THE SUBJECT property AMONGST NAMED DEFENDANTS LEADING UP TO (AND SUBSEQUENT TO) THE December 2007 illegal steering of subject property TO Sterling Bay Companies principals (including, BUT NOT limited to Andy Gloor) WHOM Are THE "losing BIDDERS" AS DEFINED BY former CHICAGO HOUSING AUTHORITY CHAIRMAN AND Treasurer TO Obama for America (AND AFFILIATED FUNDS). MARTY NESBITT - WHOM preserves EXPLICIT FIDUCIARY RESPONSIBILITIES LEADING UP TO, AND SUBSEQUENT TO DECEMBER 2007 TRANSACTION OF subject-property, AND CORRESPONDINGLY-SIGNIFICANT TRANSACTIONS AMONGST Sterling BAY Principals AND Obama for America principals including, BUT NOT LIMITED TO Obama for America (AND AFFILIATED FUNDS) THAT ARE LIMITED IN DEFINED ECONOMIC BENEFIT VIA corresponding STATUTES - AS well AS TRANSACTIONS VIA NON-DEFINED ECONOMIC BENEFIT. Sterling BAY Companies (including, BUT NOT LIMITED TO Sterling BAY Principal Andy Gloor) AS A DEFENDANT IS referred TO AS "losing BIDDER" BASED-upon DOCUMENTED FACT PATTERN including, BUT NOT LIMITED TO DEFINED ECONOMIC BENEFIT AS governed VIA LEGAL STATUTES surrounding limits on federal Campaign Contributions - AS just one example, AND multiple REPRESENTATIONS presented VIA Defendant MARTY NESBITT WHOM MADE SEVERAL EXPLICIT representations THAT fellow Defendant Sterling Bay Companies WAS closing AND funding THE December 2007 626 West Jackson Transaction WITH NO DUE-DILIGENCE while funding in THIRTY-DAYS. THE December 2007 TRANSACTION BETWEEN Sterling Bay Companies AND CHICAGO Housing Authority took over SIX (6) months to close, WHICH IS A grossly, substantial TIMELINE DISPARITY AS IS THE $1.3M economic loss THAT THE CHICAGO Housing Authority ABSORBED DUE TO Defendant NESBITT's EXPLICITLY-DEMONSTRATIVE LACK OF FIDUCIARY RESPONSIBILITY AS CHA CHAIRMAN AND AS Treasurer TO Obama for America (AND AFFILIATES). THE $1.3M economic loss - representing A 10% loss - is governed VIA civil AND possibly criminal STATUTES RELATED TO FIDUCIARY - NOT THE STATUTORY obligations often ASSOCIATED TO REAL ESTATE LAW. This complaint AND related counts may be amended upon procuring legal counsel as may THE BASIS OF JURISDICTION AND NATURE OF SUIT AS THIS complaint HAS BEEN prepared WITH LIMITED resources AS well AS corresponding OBSTRUCTIONS. THE STANDING AND merit OF plaintiff's complaint is EVIDENCED VIA FACT PATTERN DOCUMENTING plaintiff's FINAL REVISED BID AND explicit representations presented VIA Defendant MARTY NESBITT - WHOM preserved EXPLICIT FIDUCIARIES.

Counts

Count I: Tortious Interference with PROSPECTIVE ECONOMIC OPPORTUNITY.
Count II: Corresponding scheme / conspiracy RELATED TO pricing, disposition process, fraud AND FIDUCIARIES RELATED TO illegal steering.

JURY DEMAND
PLAINTIFF DEMANDS A TRIAL BY JURY.

plaintiff's signature

DATE:

12cv7412
Judge Der-Yeghiayan
Mag. Judge Kim

**United States District Court**
**Northern District of Illinois**

)
)
Plaintiff )
THOMAS R. Bennett, et al. )
)
v. )
)
)
)
Defendant )
Sterling Bay Companies and Affiliates; )
Sterling Bay Principals
Obama for America, Affiliates and principals including, but
not limited to Marty Nesbitt, Penny Pritzker and John Kaplan.
Chicago Housing Authority, et al.

**RECEIVED**

SEP 1 7 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COMPLAINT**

*Introduction*

This complaint is being prepared and filed on a pro-se basis. The complaint and related counts are related to activity and conduct corresponding to 626 West Jackson located in Chicago, Illinois - ("subject property") - specifically, but not limited to the 2007 Transaction (December) and conduct of Defendants and principals involved in the sale and transaction(s) involved with the subject property amongst named defendants leading up to (and subsequent to) the December 2007 illegal steering of subject property to Sterling Bay Companies Principals (including, but not limited to Andy Glenn) whom are the "losing bidders" as defined by former Chicago Housing Authority chairman and Treasurer to Obama for America (and affiliated funds) - Marty Nesbitt - whom preserves explicit fiduciary responsibilities leading up to, and subsequent to December 2007 transaction of subject property, and correspondingly-significant Transactions Amongst Sterling Bay Principals and Obama for America principals including, but not limited to Obama for America (and affiliated funds) that are limited in defined economic benefit via corresponding statutes - as well as Transactions via non-defined economic benefit via corresponding statutes - as well as Transactions via non-defined economic benefit via corresponding statutes - as well as Transactions via non-defined economic benefit Sterling Bay Companies (including, but not limited to Sterling Bay Principal Andy Glenn) as a defendant is referred to as "losing-bidder" based-upon documented fact pattern including, but not limited to defined economic benefit as governed via legal statutes surrounding limits on federal campaign contributions - as just one example, and multiple representations presented via Defendant Marty Nesbitt whom made several explicit representations that fellow-defendant Sterling Bay Companies was closing and funding the December 2007 626 West Jackson Transaction with no due-diligence while funding in thirty-days. The December 2007 Transaction between Sterling Bay Companies and Chicago Housing Authority took over six (6) months to close which is a grossly, substantial timeline disparity as is the $1.3M economic loss that the Chicago Housing Authority Absorbed due to Defendant Nesbitt's explicitly-demonstrated lack of fiduciary responsibility as CHA chairman and as Treasurer to Obama for America (and affiliates). The $1.3M economic loss - representing a 10%+ loss - is governed via civil and possibly criminal statutes related to fiduciary - not the statutory obligations often assigned to real-estate law. This complaint and related counts may be amended upon procuring legal counsel as may the basis of jurisdiction and nature of suit as this complaint has been prepared with limited resources as well as corresponding obstructions. The strong and merits of plaintiff's complaint is evidenced via fact-pattern documentary plaintiff's final bid and explicit representations presented via Defendant Marty Nesbitt - whom preserved explicit fiduciaries.

*Counts*

Count I: Tortious Interference with prospective economic opportunity.

Count II: Corresponding scheme/conspiracy related to pricing, disposition process, funding and fiduciaries related to illegal steering.

*Jury Demand*

Plaintiff demands a trial by jury.

Plaintiff signature: [signature]
Date: September 14, 2012

RECEIVED

SEP 1 7 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

12cv7412
Judge Der-Yeghiayan
Mag. Judge Kim

Introduction

This complaint is being prepared and filed on a pro-se basis. The complaint and related counts are related to activity and conduct related to corresponding to 626 W. Jackson "subject property" located in Chicago, Illinois. Specifically, but not limited to the December 2007 transaction and conduct of defendants and/or principals involved in same 2007 transaction the sale and transaction(s) based on involved with the subject-property amongst named defendants leading-up to the December 2007 selling of subject-property to Sterling Bay companies principals (including, but not limited to Andy Gloor). When were the losing-bidders as defined by Chicago Housing Authority Chairman and former treasurer to Obama for America (and affiliated funds) campaign and whom preserves explicit fiduciary responsibilities leading-up to, and subsequent to December 2007 transaction of subject-property, and subject corresponding-significant transactions amongst Sterling Bay Principals, and Obama for America principals including, but not limited to Obama for America (and affiliated funds) that are limited in defined economic benefit via corresponding statutes. — As well as transactions via non-defined economic benefit. Sterling Bay Companies (including, but not limited to Andy Gloor) as a Sterling Bay principal defendant is reserved to as losing-bidder based-upon documented fact pattern including, but not limited to $ defined-economic benefit as governed via legal statutes surrounding limits on federal campaign contributions — as just one example, and multiple representations presented via defendant Marty Nesbitt whom made several explicit representations that defendant Sterling Bay Companies was closing and funding the December 2007 626 West Jackson transaction with no due-diligence and funding in thirty-days. The December 2007 transaction between Sterling Bay Companies and Chicago Housing Authority took over six (6) months to close. Which is gross, and substantive timeline disparity as is the $1.3M economic loss that the Chicago Housing Authority absorbed due to defendant Nesbitt's explicit act demonstrative lack of fiduciary responsibility as CHA chairman and Obama for America (and affiliates) as treasurer to and/or agent. The $1.3M economic loss - representing a 10%+ loss - is governed via statutes related to fiduciary - not statutory obligations other associated to real estate law. Whereby defendant Nesbitt might typically-have this complaint and related counts may be amended upon procuring legal counsel as may the basis of jurisdiction and nature of suit as this complaint has been prepared with limited resources of the plaintiff and may as well as correspondingly obstructions. Merit of complaint is evidenced via fact-pattern documenting plaintiff's first-bid and explicit representations presented via Marty Nesbitt - whom presented explicit fiduciary

Note: Throughout the court's web site are links to external sites. These external sites contain information created and maintained by other public and private organizations and are provided for the user's convenience. The court does not control nor can it guarantee the accuracy, relevance, timeliness, or completeness of this information. Neither is it intended to endorse any view expressed nor reflect its importance by inclusion in this site.

THOMAS R. BENCH, ET AL.

COMPLAINT

V.

PARTIES

INTRO

A) PRO-SE : PARTIES : STERLING BAY, principles and affiliates.

B) COMPLAINT AND RELATED COUNTS MAY BE AMENDED UPON PROCURING LEGAL COUNSEL.

C) REFERENCE COUNTS, AND STANDING AND MERIT

Tortious Interference with prospective Economic opportunity and corresponding scheme/conspiracy RELATED TO pricing, disposition process, vending and fiduciaries.

Complaint

PARTIES

Counts

SCHEME AND CONSPIRACY

□ pricing
□ DISPOSITION PROCESS
□ vending
□ FIDUCIARIES

CHARLES SMITH (power of attorney ...)

1+1 = 2 Sterling Bay 600 West Jackson @ 48TIME.

1+1 = 2 Obama for America affiliates and principals @ 200W Monroe.

1+1 = 2 (Chicago Housing Authority, et al.) c/o Obama for America affiliates and principals

RESOURCE

TRB

KTE — TACTICS

Stamp/Submit BOTH copies of IN FORMA PAUPERIS APP. with clips.

CASE # ASSIGNED a MONDAY ——

NOTE forma pauperis ... since 2011 ... re: E.P.

EXHIBIT 70

9/14/2012