Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 7412 | **DATE** | 11/6/2012 |
| **CASE TITLE** | Thomas R. Bennett, et al. Vs. Sterling Bay Companies and Affiliates, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, the instant action is hereby ordered dismissed. All pending dates and motions, if any, are hereby stricken as moot. Civil case terminated.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

This matter is before the court on Plaintiff Thomas R. Bennett's (Bennett) second motion for leave to proceed *in forma pauperis*. On October 2, 2012, the court denied Bennett's first motion for leave to proceed *in forma pauperis* after concluding that Bennett had not provided sufficient financial information on his *in forma pauperis* application form to warrant granting his motion for leave to proceed *in forma pauperis*. The court gave Bennett until October 30, 2012 to file an accurately and properly completed *in forma pauperis* application form or to pay the filing fee. The court also warned Bennett that failure to provide an accurately and properly completed *in forma pauperis* application form or to pay the filing fee by October 30, 2012 could result in the dismissal of the instant action. In addition, the court noted that the instant action included the names of multiple plaintiffs and that none of the other named Plaintiffs had filed *in forma pauperis* application forms or paid the filing fee. Therefore, the court also gave each of the other named Plaintiffs until October 30, 2012 to file an accurately and properly completed *in forma pauperis* application form or until October 30, 2012 to pay the filing fee. The court warned all Plaintiffs that any Plaintiff who had not filed an accurately and properly completed *in forma pauuperis* application form or paid the filing fee by October 30, 2012 would be dismissed from the instant action.

## STATEMENT

On October 30, 2012, Bennett filed the instant motion for leave to proceed *in forma pauperis*. However, Bennett has failed to provide any information relating to his financial status on his *in forma pauperis* application form. Instead, Bennett appended an exhibit to his *in forma pauperis* application form indicating that the court could "subordinate the $350 filing fee . . . or either waive-or-temporarily suspend the $350 filing fee" until such time that Bennett is able to collect on a $250,000-plus "accounts receivable" that Bennett claims he is entitled to. (Mot. 5). The requested relief sought by Bennett in his second motion for leave to proceed *in forma pauperis* is speculative and therefore it is denied. Bennett has failed to file an accurately and properly completed *in forma pauperis* form or to pay the filing fee by the October 30, 2012 deadline indicated in the court's ruling on October 2, 2012. In addition, no other named Plaintiff has filed an *in forma pauperis* application form or paid the filing fee in the instant action by the October 30, 2012 deadline indicated in the court's ruling on October 2, 2012. Therefore, the instant action is dismissed.

12C7412 Thomas R. Bennett, et al. Vs. Sterling Bay Companies and Affiliates, et al.   Page 2 of 2